**FILED**
July 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-07-0254-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRIAN CHARLES MILLSAP, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRIAN CHARLES MILLSAP, Case No. CR.S-07-0254-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $50,000.00

    _X_   Unsecured Appearance Bond

    \_\_\_   Appearance Bond with 10% Deposit

    \_\_\_   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as stated on the record.</u>

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 5, 2007</u> at <u>3:24 pm</u>

By _____
Edmund F. Brennan
United States Magistrate Judge