DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN CHARLES MILLSAP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-254 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| BRIAN CHARLES MILLSAP, | ) | Date: September 28, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for August 31, 2007 at 9:00 AM be vacated and a new date of September 28, 2007 at 9:00 AM be set for status.  The defense is reviewing discovery and needs additional time to perform necessary investigation and research.

    It is further stipulated and agreed between the parties that the period beginning August 31, 2007 and ending September 28, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

1  for defense preparation.  The defense has been engaged in ongoing legal
2  research and investigation.  All parties stipulate and agree that this
3  is an appropriate exclusion of time within the meaning of Title 18,
4  United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Acting Federal Defender

Dated: August 27, 2007               /s/ Ned Smock
                                      Ned Smock
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      BRIAN CHARLES MILLSAP

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated: August 27, 2007
                                      /S/ Ned Smock for Sean Flynn
                                      Sean Flynn
                                      Assistant U.S. Attorney

                                      **ORDER**

    **IT IS SO ORDERED.**

Dated:  August 30, 2007

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge