```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRIAN CHARLES MILLSAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-254 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | Date: December 7, 2007 |
| BRIAN CHARLES MILLSAP, ) | Time: 9:00 A.M. |
| ) | |
| Defendant. ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for November 2, 2007 at 9:00 AM be vacated and a new date of December 7, 2007 at 9:00 AM be set for status. The defense is reviewing discovery and needs additional time to perform research and investigation.

It is further stipulated and agreed between the parties that the period beginning November 2, 2007 and ending December 7, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal

1  research and investigation.  All parties stipulate and agree that this
2  is an appropriate exclusion of time within the meaning of Title 18,
3  United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: October 31, 2007                    /s/ Ned Smock
                                        Ned Smock
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRIAN CHARLES MILLSAP


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: October 31, 2007
                                        /S/ Ned Smock for Sean Flynn
                                        Sean Flynn
                                        Assistant U.S. Attorney


                                **ORDER**

   **IT IS SO ORDERED.**

DATED: October 31, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2