```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRIAN CHARLES MILLSAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CHARLES MILLSAP,<br><br>Defendant. | No. CR-S-07-254 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: January 18, 2008<br>Time: 9:00 A.M.<br><br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for December 7, 2007 at 9:00 AM be vacated and a new date of January 18, 2008 at 9:00 AM be set for status.  The defense is reviewing discovery and is awaiting receipt of additional discovery from the government.

It is further stipulated and agreed between the parties that the period beginning December 7, 2007 and ending January 18, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  The defense has been engaged in ongoing legal

research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: December 5, 2007              /s/ Ned Smock
                                        Ned Smock
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRIAN CHARLES MILLSAP


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: December 5, 2007
                                        /S/ Ned Smock for Sean Flynn
                                        Sean Flynn
                                        Assistant U.S. Attorney


                           **ORDER**

   **IT IS SO ORDERED.**

Dated:  December 6, 2007


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge