```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRIAN CHARLES MILLSAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN CHARLES MILLSAP,<br><br>   Defendant. | No. CR-S-07-254 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: February 22, 2008<br>Time: 9:00 A.M.<br><br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for January 18, 2008 at 9:00 AM be vacated and a new date of February 22, 2008 at 9:00 AM be set for status.  The defense recently received additional video, audio, and photographic evidence and needs time to review that with the defendant and perform follow-up legal research and investigation.

It is further stipulated and agreed between the parties that the period beginning January 18, 2008 and ending February 22, 2008, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                              Respectfully submitted,

                                              DANIEL BRODERICK
Acting Federal Defender

Dated: January 16, 2008               /s/ Ned Smock
                                              Ned Smock
Assistant Federal Defender
Attorney for Defendant
BRIAN CHARLES MILLSAP

                                              MCGREGOR W. SCOTT
United States Attorney

Dated: January 16, 2008

                                              /S/ Ned Smock for Sean Flynn
Sean Flynn
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  January 16, 2008

                                              GARLAND E. BURRELL, JR.
United States District Judge