```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRIAN CHARLES MILLSAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-254 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| BRIAN CHARLES MILLSAP, | ) Date: April 4, 2008 |
| | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for February 22, 2008 at 9:00 AM be vacated and a new date of April 4, 2008 at 9:00 AM be set for status.  The defense is performing investigation relating to a potential suppression motion and needs additional time for that purpose.

   It is further stipulated and agreed between the parties that the period beginning February 22, 2008 and ending April 4, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

Dated: February 21, 2008             /s/ Ned Smock
                                     Ned Smock
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     BRIAN CHARLES MILLSAP


                                     MCGREGOR W. SCOTT
                                     United States Attorney

Dated: February 21, 2008
                                     /S/ Ned Smock for Sean Flynn
                                     Sean Flynn
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2