```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    BRIAN CHARLES MILLSAP
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-254-GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE AND EXCLUDING |
| | ) | TIME |
| BRIAN CHARLES MILLSAP, | ) | |
| | ) | |
| Defendant. | ) | Date: April 11, 2008 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, BRIAN CHARLES MILLSAP, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 11, 2008 may be continued to May 9, 2008 at 9:00 a.m.

This case was recently assigned to undersigned defense counsel who has not had sufficient time to review the file or confer with Mr. Millsap due to extensive court hearings in another matter. In order to adequately review the file and meet with Mr. Millsap to discuss the issues of his case, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through May 9, 2008,

1 pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2 (B)(iv)(Local Code T4).

3                                         Respectfully Submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6 Dated:  April 9, 2008          /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for BRIAN MILLSAP
8

9                                         McGREGOR W. SCOTT
                                          United States Attorney
10

11 Dated:  April 9, 2008          /s/  T. Zindel for S. Flynn
                                          SEAN FLYNN
12                                        Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to May 9, 2008 at 9:00 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through May 9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22     IT IS SO ORDERED.

23 Dated:  April 10, 2008

24
                                          _____
25                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
26

27

28

Stip & Order/Brian Charles Millsap     -2-