DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN CHARLES MILLSAP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-254-GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| BRIAN CHARLES MILLSAP, ) | |
| Defendant. ) | Date:  May 9, 2008<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, BRIAN CHARLES MILLSAP, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 9, 2008 may be continued to June 13, 2008 at 9:00 a.m.

Defense counsel has recently met with Mr. Millsap to review discovery and discuss the issues of his case. Additional time is requested to research the issues and conduct further factual investigation. To afford time to complete tasks necessary to the defense, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through June 13, 2008, pursuant

to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated:  May 7, 2008             /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for BRIAN MILLSAP

                              McGREGOR W. SCOTT
                              United States Attorney

Dated:  May 7, 2008             /s/  T. Zindel for S. Flynn
                              SEAN FLYNN
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 13, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 8, 2008

                              GARLAND E. BURRELL, JR.
                              United States District Judge