DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN CHARLES MILLSAP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0254-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| BRIAN CHARLES MILLSAP, | ) | |
| | ) | Date: August 8, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for August 8, 2008, may be continued to September 12, 2008, at 9:00 a.m.

Defense counsel continues to investigate the circumstances of the case and other matters that may bear on the potential sentence in the case. Because additional time is needed to complete that investigation and to share its results with the government, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through September 12, 2008, pursuant to Title 18, United States Code,
2  Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                       Respectfully Submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6  Dated: August 6, 2008                /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for BRIAN MILLSAP
8

9                                       McGREGOR W. SCOTT
                                        United States Attorney
10

11 Dated: August 6, 2008                /s/ T. Zindel for S. Flynn
                                        SEAN FLYNN
12                                      Assistant U.S. Attorney

13

14                               **O R D E R**

15    The status conference is continued to September 12, 2008 at 9:00
16 a.m.  The Court finds that a continuance is necessary for the reasons
17 stated above and further finds that the ends of justice served by
18 granting a continuance outweigh the best interests of the public and the
19 defendant in a speedy trial.  Time is therefore excluded from the date of
20 this order through September 12, 2008, pursuant to 18 U.S.C. §
21 3161(h)(8)(A) and (B)(iv).

22    IT IS SO ORDERED.

23 Dated: August 8, 2008

24
25                                      _____
                                        GARLAND E. BURRELL, JR.
26                                      United States District Judge

27
28

Stip. & Order                    -2-