DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN CHARLES MILLSAP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0254-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| BRIAN CHARLES MILLSAP, | ) |
| | ) Date: September 12, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 12, 2008, may be continued to October 17, 2008, at 9:00 a.m.

Defense counsel continues to conduct necessary investigation. Because additional time is needed to complete that investigation and to share its results with the government, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through October 17, 2008, pursuant to Title 18, United States Code,
2  Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                    Respectfully Submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated: September 10, 2008         /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for BRIAN MILLSAP
8

9                                    McGREGOR W. SCOTT
                                     United States Attorney
10

11 Dated: September 10, 2008         /s/  T. Zindel for S. Flynn
                                     SEAN FLYNN
12                                   Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to October 17, 2008 at 9:00 a.m.
16 The Court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through October 17, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
21 (B)(iv).

22      IT IS SO ORDERED.

23 Dated: September 11, 2008

24
                                     _____
25                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
26

27

28

Stip. & Order                        -2-