DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN CHARLES MILLSAP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0254-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| BRIAN CHARLES MILLSAP, ) | |
| ) | Date:  October 17, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 17, 2008, may be continued to November 21, 2008, at 9:00 a.m.

    Defense counsel continues to conduct necessary investigation. Because additional time is needed to complete that investigation and to share its results with the government, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through November 21, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 16, 2008            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for BRIAN MILLSAP


                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  October 16, 2008            /s/  T. Zindel for S. Flynn
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to November 21, 2008 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge