```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    BRIAN CHARLES MILLSAP
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0254-GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
|  | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
|  | ) |  |
| BRIAN CHARLES MILLSAP, | ) |  |
|  | ) | Date: November 21, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) |  |

IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for November 21, 2008, may be continued to January 9, 2009, at 9:00 a.m.

Defense counsel continues to conduct necessary investigation. Because additional time is needed to complete that investigation and to share its results with the government, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through January 9, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
Federal Defender

Dated: November 19, 2008   /s/ T. Zindel
                                        TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for BRIAN MILLSAP

                                          McGREGOR W. SCOTT
United States Attorney

Dated: November 19, 2008   /s/ T. Zindel for S. Flynn
                                          SEAN FLYNN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 9, 2009 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. & Order                                        -2-