1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BRIAN CHARLES MILLSAP
7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )  No. 2:07-CR-0254-GEB
                                  )
13            Plaintiff,          )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
14       v.                       )  **AND EXCLUDING TIME**
                                  )
15 BRIAN CHARLES MILLSAP,         )
                                  )  Date:  January 9, 2009
16            Defendant.          )  Time:  9:00 a.m.
                                  )  Judge: Garland E. Burrell, Jr.
17 _____)

18

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles

21 Millsap, and plaintiff, United States of America, by and through their

22 attorneys, that the status conference presently scheduled for January 9,

23 2009, may be continued to February 13, 2009, at 9:00 a.m.

24       The defense has completed an evaluation that may bear on resolution

25 of the case and seeks additional time so that the government can review

26 defense documents.  Therefore, the parties agree that time under the

27 Speedy Trial Act should be excluded from the date of this order through

28

1  February 13, 2009, pursuant to Title 18, United States Code, Section
2  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   January 8, 2009            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for BRIAN MILLSAP


                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:   January 8, 2009            /s/  T. Zindel for S. Flynn
                                    SEAN FLYNN
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to February 13, 2009 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge