```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BRIAN CHARLES MILLSAP
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0254-GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| BRIAN CHARLES MILLSAP, | ) | |
| | ) | Date: February 13, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for February 13, 2009, may be continued to April 17, 2009, at 9:00 a.m.

Defendant seeks additional time to consider the government's response to the materials he recently provided in mitigation. Also, time will be needed to prepare a written plea agreement in the event the parties agree to resolve the case without trial. A longer extension of time is also necessary because undersigned defense counsel will be in

1  trial in a complex case commencing March 10.  Therefore, the parties
2  agree that time under the Speedy Trial Act should be excluded from the
3  date of this order through February 13, 2009, pursuant to Title 18,
4  United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 11, 2009      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for BRIAN MILLSAP


                              LAWRENCE G. BROWN
                              Acting United States Attorney

Dated: February 11, 2009      /s/ T. Zindel for S. Flynn
                              SEAN FLYNN
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 17, 2009 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 17, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge