```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  BRIAN CHARLES MILLSAP

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0254-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| BRIAN CHARLES MILLSAP, | ) |
|  | ) Date: April 17, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 17, 2009, may be continued to June 19, 2009, at 9:00 a.m.

Defendant counsel is currently in a complex jury trial during April and May. Also, time will be needed to discuss the plea agreement with defendant in the event the parties agree to resolve the case without trial.

1  Therefore, the parties agree that time under the Speedy Trial Act should
2  be excluded from the date of this order through June 19, 2009, pursuant
3  to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local
4  Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 15, 2009          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for BRIAN MILLSAP


                               LAWRENCE G. BROWN
                               Acting United States Attorney

Dated: April 15, 2009          /s/ T. Zindel for S. Flynn
                               SEAN FLYNN
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 19, 2009 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge