1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  BRIAN CHARLES MILLSAP

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) No. 2:07-CR-0254-GEB
                                )
13            Plaintiff,        ) **STIPULATION AND ORDER**
                                ) **CONTINUING STATUS CONFERENCE**
14       v.                     ) **AND EXCLUDING TIME**
                                )
15 BRIAN CHARLES MILLSAP,       )
                                ) Date:  June 19, 2009
16            Defendant.        ) Time:  9:00 a.m.
                                ) Judge: Garland E. Burrell, Jr.
17 _____ )

18

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles

21 Millsap, and plaintiff, United States of America, by and through their

22 attorneys, that the status conference presently scheduled for June 19,

23 2009, may be continued to July 17, 2009, at 9:00 a.m.

24      Defense counsel is currently in a complex jury trial in U.S. v.

25 Caza, 2:08-CR-058 FCD, and is expected to continue through end of June.

26 Also, time will be needed to discuss the plea agreement with defendant in

27 the event the parties agree to resolve the case without trial.

28

Therefore, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through July 17, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                Respectfully Submitted,

                DANIEL J. BRODERICK
                Federal Defender

Dated: June 12, 2009      /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for BRIAN MILLSAP

                LAWRENCE G. BROWN
                Acting United States Attorney

Dated: June 12, 2009      /s/ T. Zindel for S. Flynn
                SEAN FLYNN
                Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 17, 2009 at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. & Order      -2-