# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Brian Millsap                                                   **Docket No. 2:07-CR-254-GEB**

**COMES NOW** Beth A. Baker, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Brian Millsap, who was placed on bond by the Honorable Edmund F. Brennan, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 5th day of July, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18: 922(g)(1) - Felon in Possession of a Firearm. The defendant's next status conference is set before the Honorable Garland E. Burrell, Jr. on July 17, 2009.

**BOND CONDITIONS**: The defendant was ordered released on a $50,000 unsecured appearance bond, co-signed by his father-in-law, with Pretrial Services supervision and special conditions. Please see attached.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Between June of 2008 and October 2008, the defendant allegedly failed to obey all laws by committing felony Welfare Fraud and felony Perjury. The defendant was released on his own recognizance on June 17, 2009. Charges were filed with the Sacramento Superior Court on June 11, 2009. The defendant appeared for arraignment on June 24, 2009. Further proceedings are scheduled for July 8, 2009.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this court's calendar on Thursday, July 9, 2009, at 2:00 p.m.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                            Respectfully submitted,

                                                            /s/ Beth A. Baker

                                                            U.S. Pretrial Services Officer

                                                            Dated: July 1, 2009

Millsap, Brian
Pretrial Services Violation Petition

## **ORDER**

\_\_\_\_\_   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $\_\_.

\_\_\_\_   The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_\_   The Court orders a summons be issued with an appearance date of _____.

 **xx**   The Court hereby orders this matter placed on this court's calendar on <u>July 9, 2009</u>, at 2:00 p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_\_   The Court orders no action be taken.

Considered and ordered this 6th day of
July, 2009, and ordered filed and
made a part of the records in the above case.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**SPECIAL CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer; and,

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.