```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  BRIAN CHARLES MILLSAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0254-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| BRIAN CHARLES MILLSAP, ) | |
| ) | Date:  July 17, 2009 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for July 17, 2009, may be continued to August 21, 2009, at 9:00 a.m.

   The parties continue to explore resolving the case without trial and appear to have reached an agreement in principle. Additional time is needed to draft and review the final proposal, and defendant seeks additional time to consider his options. Accordingly, the parties agree that additional preparation time is warranted under the Speedy Trial Act

and agree that time should be excluded from the date of this order through August 21, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: July 16, 2009        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for BRIAN MILLSAP

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: July 16, 2009        /s/ T. Zindel for S. Flynn
                                      SEAN FLYNN
                                      Assistant U.S. Attorney

# O R D E R

The status conference is continued to August 21, 2009, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 21, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 20, 2009

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge