1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

Attorney for Defendant
6 BRIAN CHARLES MILLSAP

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 2:07-CR-0254-GEB
                                    )
13               Plaintiff,         ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
14       v.                         ) **AND EXCLUDING TIME**
                                    )
15 BRIAN CHARLES MILLSAP,           )
                                    ) Date:  August 21, 2009
16               Defendant.         ) Time:  9:00 a.m.
                                    ) Judge: Garland E. Burrell, Jr.
17 _____  )

18

19      IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles

20 Millsap, and plaintiff, United States of America, by and through their

21 attorneys, that the status conference presently scheduled for August 21,

22 2009, may be continued to September 11, 2009, at 9:00 a.m.

23      Defendant seeks additional time to review and discuss a proposed

24 plea  agreement  submitted  to  defense  counsel  by  the  government.

25 Accordingly, the parties agree that additional preparation time is needed

26 and that time under the Speedy Trial Act should be excluded from the date

27 /////

28 /////

1  of this order through September 11, 2009, pursuant to Title 18, United

2  States Code, Section  3161(h)(7)(A) and (B)(iv)(Local Code T4).

3                                  Respectfully Submitted,

4                                  DANIEL J. BRODERICK
                                   Federal Defender
5

6  Dated:  August 20, 2009      /s/ T. Zindel
                                  TIMOTHY ZINDEL
7                                 Assistant Federal Defender
                                  Attorney for BRIAN MILLSAP
8

9                                 LAWRENCE G. BROWN
                                  United States Attorney
10

11 Dated:  August 20, 2009      /s/  T. Zindel for S. Flynn
                                  SEAN FLYNN
12                                Assistant U.S. Attorney

13

14                        **O R D E R**

15     The status conference is continued to September 11, 2009, at 9:00

16 a.m.  The Court finds that a continuance is necessary for the reasons

17 stated above and further finds that the ends of justice served by

18 granting a continuance outweigh the best interests of the public and the

19 defendant in a speedy trial.  Time is therefore excluded from the date of

20 this order through September 11, 2009, pursuant to 18 U.S.C. §

21 3161(h)(7)(A) and (B)(iv).

22     IT IS SO ORDERED.

23 Dated:  August 20, 2009

24

25 _____
   GARLAND E. BURRELL, JR.
26 United States District Judge

27

28

Stip. & Order                      -2-