```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN CHARLES MILLSAP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0254-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| BRIAN CHARLES MILLSAP, | ) |
|  | ) Date: September 11, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between defendant, Brian Charles Millsap, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for September 11, 2009, may be continued to September 25, 2009, at 9:00 a.m.

Defendant seeks additional time to review and discuss a proposed plea agreement submitted to defense counsel by the government. Accordingly, the parties agree that additional preparation time is needed and that time under the Speedy Trial Act should be excluded from the date

/////

/////

1  of this order through September 25, 2009, pursuant to Title 18, United
2  States Code, Section 3161(h)(7)(A) and (B)(iv)(Local Code T4).
3                                    Respectfully Submitted,
4                                    DANIEL J. BRODERICK
                                     Federal Defender
5
6  Dated:  September 10, 2009        /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for BRIAN MILLSAP
8
9                                    LAWRENCE G. BROWN
                                     United States Attorney
10
11 Dated:  September 10, 2009        /s/  T. Zindel for S. Flynn
                                     SEAN FLYNN
12                                   Assistant U.S. Attorney
13
14                           **O R D E R**
15     The status conference is continued to September 25, 2009, at 9:00
16 a.m.  The Court finds that a continuance is necessary for the reasons
17 stated above and further finds that the ends of justice served by
18 granting a continuance outweigh the best interests of the public and the
19 defendant in a speedy trial.  Time is therefore excluded from the date of
20 this order through September 25, 2009, pursuant to 18 U.S.C. §
21 3161(h)(7)(A) and (B)(iv).
22     IT IS SO ORDERED.
23 Dated:  September 15, 2009
24
25                                   _____
                                     GARLAND E. BURRELL, JR.
26                                   United States District Judge
27
28

Stip. & Order                         -2-