IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                           )<br>                                   )<br> BRIAN CHARLES MILLSAP,            )<br>                                   )<br>          Defendant.              )<br> _____ ) | 2:07-cr-00254-GEB-1<br><br>ORDER DENYING DEFENDANT'S<br>REQUEST FOR AN EVIDENTIARY<br>HEARING |

        Defendant's request for an evidentiary hearing "so that he can present in person the various witnesses who have submitted declarations on his behalf and persuade the Court that there is factual as well as legal merit in each of his arguments" is DENIED.

Dated:  May 5, 2010

                                                */s/ Garland E. Burrell, Jr.*
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge